UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUYESI ADENIJI,

                Plaintiff,

-against-

ONLINE TAXES, INC.,

                Defendant.

19-CV-9884 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 23, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket. Plaintiff has consented to receive electronic service of Court documents. (ECF 3.)

SO ORDERED.

Dated:   December 23, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge